# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ERICA BEISWINGER, individually,
and on behalf of all others similarly
situated,

    Plaintiff,

v.                                  Case No. 3:21-cv-222-TJC-JRK

FREEDOM MORTGAGE
CORPORATION,

    Defendant.

## **O R D E R**

Upon review of the Notice of Dismissal (Doc. 13), filed on May 24, 2021, this case is dismissed with prejudice as to named plaintiff Beiswinger's claim only, and without prejudice as to any other class claims. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of May, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

agb
Copies:

Counsel of record